IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2017 JUN 29 P 12:18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Leon Lamar McGhee
Full name and prison name of Plaintiff(s)

v.

Warden Derrick Carter
Corizon Medical Service

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. 2:17-CV-415-MHT-SRW
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  NO ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Bullock Correctional Fac. P.O. Box 5107 Union Springs, Al. 36089**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Bullock Correctional Facility**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | WARDEN DERRICK CARTER | P.O. Box 5107 |
| 2. | | Union Spring, Al. 36089. |
| 3. | Richard Hallworth | |
| 4. | CORIZAN, INC. | 105 West Park Drive |
| 5. | | Suit Brentwood, TN. 37027 |
| 6. | DOCTER EARL JOYNER | (Same Above) |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Cruel and unusual Punishment THE Department Has Failed To Provide Mattresses.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

By not affording a mattress for Petitioner! A.D.O.C. not giveing Inmates mattress at Bullock Prison Is a on-going problem and petitioner state's He haven't had a mattress since being release from segregation! From May 4, 2017 until 6-27-17!

GROUND TWO: Lack of Security

SUPPORTING FACTS: Petitioner, Leon McGhee B/m 145983 During His Incarceration at Bullock Prison, He Has witness Inmates get Assaulted, Die In the shower, get stab, and Killed In I-dorm And In each Incident a officer wasn't around! And if the courts was to get Bullock prison log's It would tell Time and Date.

GROUND THREE: Inadequate medical Treatment From Curzon Health Services

SUPPORTING FACTS: Petitioner states on 4-25-17 He wasn't afford the proper medical care, His Hand was Broken during a Assault and He didn't Receive a X-Ray until 5-3-17, They wouldn't give me pain med's until it was confirm Hand was Broken, And Rib was Bruise. Petitioner also states they Refuse To Treat me for lost of smelling, And my left Knee Is Blown, due to walking, working & exercise! And they know I need surgery for these Aliment's But Refuse! A M.R.I. confirm, Read prison medical file!

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

TRANSFER ME FROM this PRISON, Give me A Lawyer, AND 30. dollars A day FOR BEING without A mattress, PRoper medical CARE, Better Sercurity And more sercurity, and 25,000 FoR Emotional, and PhYiscal & mental suFFering At Bullock PRIsoN.

Leon L. McGhee 145983
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6-21-17
                (Date)

Leon L. McGhee
Signature of plaintiff(s)

Ground I. A.D.O.C. Not Affording mattress for Inmates is a on-going Problem at Bullock Correctional Fac. And Plaintiff has Complain, Begg, And Ask the staff several times for a mattress, from the Officer, To the Sgt., LT., Captain, And Warden's But still they Don't Have None! Plaintiff will show the Honor-Able Court that He Along with 19 other Inmate's Are without mattress And Warden Carter, Refuse to do Anything About it. Plaintiff States: From 5-4-17 until this Present Date, He still Haven't Receive A Mattress, And He Suffering A Crack RIB And Broken Hand! I Have A Broken Hand And Bruise RIB And No mattress, (Get my medical File And see X-Ray's, which will confirm I'm Telling the truth).

Leon McGhee
145-983

SUPPORTING GROUNDS

Inmate's that not being giving Mattress at Bullock!

(Date with-out mattress)

1. Christopher Jenkins 187833 1-28-17
2. Makolm Murphy 283081 3-21-17
3. Bernard Sanders #157473 8/16
4. Jonathan Miles #270706 Arrived on 3/9/17
5. Jamal Hajar 239204 4 months
6. Ryan Ozio 303592 4/20/17
7. Kevin Ross 199239 C4-10-B
8. Micah Brown 226660 C4-5A 4/25/17
9. Paul Claus 126488 C4-1B 3 Months
10. Marcus Spengler 188712 C3 6A
11. Leon McGhee 145983 4-25-17
12. Kenard Edwards 278412 C14B
13. Jason Helton 218996 C2-4B
14. Paul Crowdes 246446 C2 16A
15. Adon Parker 216438 C28B
16. Jason Chapman 180862 C27B
17. Roderick Ferrell 169490 C2 6B
18. Jonathan Mayben 164710 C3-9B
19. Jeremiah Lacy 299138 5 wk

Leon McGhee
145983

Lack of Security          GROUND TWO

Petitioner, Leon McGhee B/m: 145983, claim During his Incarceration At Bullock Correctional Prison, He was Assaulted on April 26, 2017 By Several Inmate's, And during the Assault, their was Not A Correctional Officer out-side the Dorm or In-side the Dorm To stop the Assault! Petitioner Say's: If the Officer was Around this would Have never ~~been~~ Happend, And the Officer could witness who Assaulted Him, Instead He was Place In Segregation For Its own Protection But later Let out due to Space Being Needed With-In the Prison!

Leon McGhee 145983

## Support Fact's Ground 3

Plaintiff claims that the Corizon Health Care System at Bullock Correctional Facility is Inadequate for Inmates that Are H.I.V Postive, Plaintiff States, From June 4, 2016 until June 20, 2017 he Have not Seen His H.I.V. Specialist Dr. Earl Joyner, And only Seen Him via - Tele Communication Three Times, that He is Never Hand's on in Those Three Times He Seen Him, But Appoint A Chronic-Care Nurse, Appleton who Has Not Been Screening Him, or Seen Him At Bullock Correctional Fac. Nurse Appleton Suppose To See Inmate's Who Are H.I.V. Postive, But Does Not Have Boil's, Skin Rash's, Dry Skin, Atheltic Feet's, And still Nurse Appleton Doesn't See you, But Bullock Doctor Shadeke Has, But Now they Inform me that my Docter, Joyner And my Chronic Care provider Suppose to See Those Inmate's that Have H.I.V. And Now I don't get Any medical Attention From them. I wrote grivance on Nurse Appleton But Still Haven't nothing change.

Leon McGhee
145983

LEON L. MCGHEE #145983
P.O. Box 5107 — Dorm F2-22A
UNION SPRING, AL.
36089

MONTGOMERY
AL 360
28 JUN '17
PM 2 L

MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL. 36101-0711

36101-071111

LEGAL MAIL